CV 19-00623 JMS-KJM

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Nov 15, 2019
At  1  oclock and  41  min  p.m.

[✔]   ORDER SETTING RULE 16 SCHEDULING CONFERENCE

[ ]   ORDER SETTING STATUS CONFERENCE

for **Monday, January 13, 2020** at 9:30 a.m. before:

[ ]   Magistrate Judge Rom Trader in Courtroom 5

[ ]   Magistrate Judge Wes Reber Porter in Chambers

[✔]   Magistrate Judge Kenneth J. Mansfield in Courtroom 6

- Parties are reminded that, unless otherwise ordered by the Court, a meeting of the parties must occur at least 21 days prior to the Scheduling Conference and a report submitted to the Court. Except as otherwise provided by L.R. 26.1(c), no formal discovery may be commenced before the meeting of the parties.
- Each party shall file a Scheduling Conference Statement pursuant to L.R. 16.2(b), and shall attend in person or by counsel.
- Failure to file and/or attend will result in imposition of sanctions, (including fines or dismissal), under Fed.R.Civ.P. 16(f) and L.R. 11.1.

DATED at Honolulu, Hawaii on Friday, November 15, 2019.

                                                /s/ J. Michael Seabright
                                                Chief, U.S. District Judge

I hereby acknowledge receipt of the Order Setting Rule 16 Scheduling Conference.

Date   November 15, 2019     Signature _____
                                                          Atty ( )  Secy ( )  Messenger ( )

**THIS SCHEDULING ORDER IS ATTACHED TO THE INITIATING DOCUMENT (COMPLAINT/NOTICE OF REMOVAL) & MUST BE SERVED WITH THE DOCUMENT.   PLEASE DO NOT REMOVE.**