MacDONALD RUDY O'NEILL & YAMAUCHI, LLP

RALPH J. O'NEILL               4705-0
ralphoneill@macdonaldrudy.com
MATTHEW A. HEMME         9757-0
matthemme@macdonaldrudy.com
OLAN L. FISHER                 10888-0
olanfisher@macdonaldrudy.com
1001 Bishop Street, Suite 2350
Honolulu, Hawaiʻi 96813
Telephone:  (808) 523-3080
Facsimile:   (808) 523-0759

DAVANT LAW, P.A.

Charles S. Davant (*Pro Hac Vice Admission Pending*)
csd@davantlaw.com
Aaron M. Dmiszewicki (*Pro Hac Vice Admission Pending*)
amd@davantlaw.com
401 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, FL 33301
Phone: (954) 414-0400
Facsimile: (954) 332-3301

Attorneys for Plaintiffs
GREAT LAKES INSURANCE SE and
CERTAIN UNDERWRITERS AT LLOYDS OF LONDON
SUBSCRIBING TO POLICY NO. B085618H1634

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAIʻI

| GREAT LAKES INSURANCE SE and CERTAIN UNDERWRITERS AT LLOYDS OF LONDON SUBSCRIBING TO POLICY NO. B085618H1634,<br><br>　　　　　Plaintiffs,<br><br>　vs. | Civil No. CV 19-00623 JMS-KJM (Marine)<br><br>PLAINTIFF GREAT LAKES INSURANCE SE'S CORPORATE DISCLOSURE STATEMENT |
|---|---|

|  |
|---|
| AKUA LLC d/b/a MAUI REEF ADVENTURES; VERNON C. SMITH; and VERNON EUGENE SMITH, as Executor of the ESTATE OF LINDA L. SMITH, deceased,<br><br>              Defendants. |

## PLAINTIFF GREAT LAKES INSURANCE SE'S CORPORATE DISCLOSURE STATEMENT

COMES NOW the Plaintiff, GREAT LAKES INSURANCE SE, by and through its undersigned attorneys, and pursuant to the *Federal Rules of Civil Procedure* and the Local Rules of the District of Hawaiʻi, files this Corporate Disclosure Statement as follows:

GREAT LAKES INSRUANCE SE is a wholly owned subsidiary of the Munchener Ruckversicherungs-Gesellschaft, a company incorporated in Germany.

DATED: Honolulu, Hawaiʻi,  November 15, 2019.

                                        /s/ Ralph J. O'Neill
                                        RALPH J. O'NEILL
                                        MATTHEW A. HEMME
                                        OLAN L. FISHER
                                        Attorneys for Plaintiffs
                                        GREAT LAKES INSURANCE SE
                                        and CERTAIN UNDERWRITERS
                                        AT LLOYDS OF LONDON
                                        SUBSCRIBING TO POLICY NO.
                                        B085618H1634