MacDONALD RUDY O'NEILL & YAMAUCHI, LLP

RALPH J. O'NEILL                4705-0
ralphoneill@macdonaldrudy.com
MATTHEW A. HEMME                9757-0
matthemme@macdonaldrudy.com
OLAN L. FISHER                  10888-0
olanfisher@macdonaldrudy.com
1001 Bishop Street, Suite 2350
Honolulu, Hawai'i 96813
Telephone: (808) 523-3080
Facsimile: (808) 523-0759

DAVANT LAW, P.A.

Charles S. Davant (*Pro Hac Vice Admission Pending*)
csd@davantlaw.com
Aaron M. Dmiszewicki (*Pro Hac Vice Admission Pending*)
amd@davantlaw.com
401 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, FL 33301
Phone: (954) 414-0400
Facsimile: (954) 332-3301

Attorneys for Plaintiffs
GREAT LAKES INSURANCE SE and
CERTAIN UNDERWRITERS AT LLOYDS OF LONDON
SUBSCRIBING TO POLICY NO. B085618H1634

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAI'I

| | |
|---|---|
| GREAT LAKES INSURANCE SE and CERTAIN UNDERWRITERS AT LLOYDS OF LONDON SUBSCRIBING TO POLICY NO. B085618H1634,<br><br>Plaintiffs,<br><br>vs. | Civil No. CV 19-00623 JMS-KJM (Marine)<br><br>PLAINTIFF CERTAIN UNDERWRITERS AT LLOYDS OF LONDON SUBSCRIBING TO POLICY NO. B085618H1634'S CORPORATE DISCLOSURE STATEMENT |

| | |
|---|---|
| AKUA LLC d/b/a MAUI REEF ADVENTURES; VERNON C. SMITH; and VERNON EUGENE SMITH, as Executor of the ESTATE OF LINDA L. SMITH, deceased,<br><br>                    Defendants. | |

**PLAINTIFF CERTAIN UNDERWRITERS AT LLOYDS OF LONDON SUBSCRIBING TO POLICY NO. B085618H1634'S CORPORATE DISCLOSURE STATEMENT**

Plaintiff, CERTAIN UNDERWRITERS AT LLOYDS OF LONDON SUBSCRIBING TO POLICY NO. B085618H1634, by counsel, and in compliance with Rule 7.1 of the *Federal Rules of Civil Procedure* states that CERTAIN UNDERWRITERS AT LLOYDS OF LONDON SUBSCRIBING TO POLICY NO. B085618H1634 is not a "corporate party," but rather an unincorporated association subscribing to certain insurance coverage identified by the relevant policy numbers identified herein.

DATED: Honolulu, Hawai'i, November 15, 2019.

/s/ Ralph J. O'Neill
RALPH J. O'NEILL
MATTHEW A. HEMME
OLAN L. FISHER
Attorneys for Plaintiffs
GREAT LAKES INSURANCE SE
and CERTAIN UNDERWRITERS
AT LLOYDS OF LONDON
SUBSCRIBING TO POLICY NO.
B085618H1634

2